```
Court Name: US District Court SDO
Division: 3
Receipt Number: 300DAY010260
Cashier ID: butlerp
Transaction Date: 12/19/2012
Payer Name: City of Riverside
----------------------------------
CIVIL FILING FEE
 For: City of Riverside
 Case/Party: D-OHS-3-12-CV-000420-001
 Amount:         $350.00
----------------------------------
CHECK
 Remitter: Vorys Sater Seymour and Pease
 Check/Money Order Num: 40186163
 Amt Tendered: $350.00
----------------------------------
Total Due:       $350.00
Total Tendered:  $350.00
Change Amt:      $0.00


A fee of $53.00 will be assessed on
all returned checks.
```