Franklin County Ohio Clerk of Courts of the Common Pleas- 2011 Nov 10 4:26 PM-08CV012152

0A070 - X89

TERMINATION NO. 8

BY: 11-10-11

## IN THE COURT OF COMMON PLEAS
## FRANKLIN COUNTY, OHIO

| | | |
|---|---|---|
| **CITY OF RIVERSIDE,** | : | Case No. 08 CVH08-12152 |
| Plaintiff, | : | JUDGE PATRICK E. SHEERAN |
| vs. | : | |
| **STATE OF OHIO, et al.,** | : | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| Defendants. | : | |

Pursuant to Civ.R. 41(A)(1)(a), Plaintiff City of Riverside dismisses this action without prejudice.

Respectfully submitted,

*/s/ Adam Sherman*

Daniel J. Buckley (0003772)
Adam C. Sherman (0076850)
Jacob D. Mahle (0080797)
VORYS, SATER, SEYMOUR AND PEASE LLP
221 East Fourth Street, Suite 2000
Cincinnati, OH 45202
Telephone: (513) 723-4000
Facsimile: (513) 852-7844

**OF COUNSEL:**

Dalma C. Grandjean (0024841)
Altick & Corwin Co., LPA
1700 One Dayton Centre
One South Main Street
Dayton, Ohio 45402
Telephone: (937) 223-1201
Facsimile: (937) 223-5100

John J. Kulewicz (0008376)
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street, P.O. Box 1008
Columbus, OH 43216-1008
Telephone: (614) 464-5634
Facsimile: (614) 719-4812

Attorneys for Plaintiff, City of Riverside

Franklin County Ohio Clerk of Courts of the Common Pleas- 2011 Nov 10 4:26 PM-08CV012152

0A070 - X90

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice of Dismissal without Prejudice was served by ordinary U.S. mail, postage prepaid, on November 9, 2011, upon the following:

Jeannine R. Lesperance
Assistant Attorney General
Constitutional Offices Section
30 East Broad Street, 16th Floor
Columbus, OH 43215-3428
Jeannine.lesperance@ohioattorneygeneral.gov

_____
Adam C. Sherman  (0076850)

2