**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| **CITY OF RIVERSIDE,** | : | |
| | : | Case No. 3:12-cv-420 |
| Plaintiff, | : | |
| | : | Judge Thomas M. Rose |
| v. | : | |
| | : | **STIPULATION OF DISMISSAL** |
| **STATE OF OHIO,** | : | **WITHOUT PREJUDICE FOR** |
| | : | **LACK OF SUBJECT MATTER** |
| Defendant. | : | **JURISDICTION** |
| | : | |
| | : | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, City of Riverside and Defendant, State of Ohio hereby stipulate to the dismissal of this action without prejudice, for lack of jurisdiction over the subject matter.

AGREED TO AND STIPULATED BY:

/s/ Daniel J. Buckley

Daniel J. Buckley (0003772)
   Trial Attorney
Adam C. Sherman (0076850)
Jacob D. Mahle (0080797)
Jessica K. Baverman (0083951)
Vorys, Sater, Seymour and Pease LLP
301 East Fourth St., Suite 3500
Great American Tower
Cincinnati, OH 45202
Telephone: (513) 723-4000
Facsimile: (513) 852-7844
djbuckley@vorys.com
acsherman@vorys.com
jdmahle@vorys.com
jkbaverman@vorys.com

**OF COUNSEL:**

Dalma C. Grandjean (0024841)
Altick & Corwin Co., LPA
1700 One Dayton Centre
One South Main Street
Dayton, Ohio 45402
Telephone: (937) 223-1201
Facsimile: (937) 223-5100
grandjed@altickcorwin.com

John J. Kulewicz (0008376)
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street / P.O. Box 1008
Columbus, Ohio 43216-1008
Telephone: (614) 464-5634
Facsimile: (614) 719-4812
jjkulewicz@vorys.com

*Attorneys for Plaintiff, City of Riverside*

/s/ Richard N. Coglianese
(per email authorization 3/11/13)
Richard N. Coglianese (0066830)
Principal Assistant Attorney General
Constitutional Offices Section
30 East Broad Street, 16th Floor
Columbus, Ohio 43215
Telephone: (614) 466-2872
Facsimile: (614) 7728-7592
richard.coglianese@ohioattorneygeneral.gov

*Trial Attorney for Defendant, State of Ohio*

3/08/2013 15956013